# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

UNITED STATES OF AMERICA,

     v.

CHRISTINE LOGGINS,

     Defendant.

CASE NO.: 4:18-cr-260

## O R D E R

This matter is before the Court on Defendant's Motion to Transfer Housing Facility. (Doc. 528.) Defendant, who is currently in the custody of the United States Marshal Service, seeks to be moved from Emmanuel County Jail to Chatham County jail in an effort to enter into a drug treatment program while awaiting sentencing. Defendant submits that the Government takes no position regarding the request. After careful consideration and for the reasons stated below, the Court **DENIES** Defendant's Motion.

Defendant was named in a forty-three-defendant indictment which charged her with Conspiracy to Possess with Intent to Distribute and to Distribute 50 Grams or More of Methamphetamine in violation of 21 U.S.C. § 846, and Possession with Intent to Distribute 50 Grams or More of Methamphetamine in violation of 21 U.S.C. § 841(a)(1). (Doc. 4.) Defendant was brought before the Court on November 26, 2018, for an initial appearance and arraignment on those charges. (Doc. 81.) At that time, the Defendant was detained and committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in

custody pending appeal. (Doc. 570, *nunc pro tunc* Order.) On January 17, 2019, Defendant pleaded guilty to a lesser included offense of Count One, Conspiracy to Possess with intent to Distribute and to Distribute a Controlled Substance. (Doc. 341.) Upon entry of her guilty plea, the Court scheduled Defendant's Sentencing hearing for May 23, 2019, and ordered that Defendant be remanded to the custody of the United States Marshal. (Id.) Defendant has now motioned the Court to direct the United States Marshal Service to transfer her to the Chatham County jail to enter a drug treatment program available at the jail. (Doc. 528.)

The Court has made an inquiry with the United States Marshal Service regarding Defendant's status as an inmate at the Emmanuel County jail. In turn, the United States Marshal Service has contacted the Emanuel County Jail and made certain that Defendant has received all necessary medical treatment and that any serious medical need that Defendant has is being addressed. The United States Marshal Service has assured the Court that it has and will continue to provide Defendant, and any other individuals in its custody, the appropriate level of care as determined by the medical professionals in the respective facilities. The Court is satisfied that Defendant has received proper treatment and care during her detention at Emmanuel County jail; thus, a transfer to Chatham County jail is not warranted at this time. Therefore, the Court **DENIES** Defendant's Motion, (doc. 528).

The Court, however, remains committed to the continued safety and security of all Defendants with matters pending before this Court. Thus, in an abundance of caution, the Court directs the United States Marshal Service to have Defendant reassessed by the medical staff at Emmanuel County jail to make certain her medical needs are being met.

**SO ORDERED**, this 15th day of March, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA