| | | |
|---|---|---|
| **SENTENCING MINUTES** | **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF GEORGIA**<br>**SAVANNAH DIVISION** | **JUDGE:** R. STAN BAKER<br>**DATE:** 05-23-2019 |

**CRIMINAL CASE NO. CR 4:18-cr-260 (31)**
**UNITED STATES OF AMERICA VS. Christine Loggins**

COURTROOM DEPUTY  Pam Hammock                COURT REPORTER  Kelly Dorsey

**ATTORNEY(S) FOR THE GOVERNMENT:**        **ATTORNEY(S) FOR THE DEFENDANT:**

 Greg Gilluly, AUSA                                                 Scott Reddock, appointed

U.S. PROBATION OFFICER:                              DEFENDANT SENTENCED ON COUNT(S)

Brian Mills                                                             1 (lesser included offense) of the Indictment

[X] Presentence Report Reviewed In Full        Custody  __45__  Months B.O.P.

[ ] Objections to Factual Basis                          Probation _____

[ ] Objections To Guidelines Calculations       Supervised Release  __3__  Years

[ ] Probation Officer Testifies                           Special Conditions  as Ordered by the Court

[X] Changes Ordered in Factual Basis/Calculations    Fine $ none

[ ] No Changes Ordered                                    Restitution $ none

[X] Findings Of The Court                                Special Assessment $ 100

[ ] Factual Witnesses Testify                             To Be Paid  immediately

[X] Statements Of Counsel                               Community Service _____

[X] Statements By Defendant                          Facility Recommended  - RDAP, FCI Coleman

[X] Sentence Pronounced                                Defendant Remanded To The USM  - Y

**OTHER DIRECTIVES OF THE COURT**       Voluntary Surrender _____

[ ] Attach Statement of Reasons to the Judgment    To USM [X]   To Facility [ ]

[ ] Transcribe Statement of Reasons               Dismissed Count(s)  - Count 71

[X] Appeal Rights of Defendant Explained      Plea Agreement Accepted and Ratified  - Y

[ ] Appellate Disclosure Forms Provided         Departure From Guidelines  - Variance

[X] Notice of Counsel's Post-Conviction Obligations Provided    Upward  - N     Downward  - Y

U.S. Deputy Marshal  J. Paskauskas               Time  10:20  to  11:00  Total  00:40

Court Security Officer  T. O'Malley