PROB 35
(Rev. 6/17)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.  Crim. No.   4:18CR00260-31

Christine Loggins

On April 7, 2021, the above named was placed on supervised release for a period of three years. She has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

*Lisa K. Jacobs*
Lisa K. Jacobs
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this ____1st____ day of ____November____, 2022.

R. Stan Baker
United States District Judge
Southern District of Georgia